**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darren Cantrell MILLER,**
**Defendant–Appellant.**

**No. 06–15243**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 16, 2007.

Gerald B. Williams, Gerald B. Williams, P.C., Albany, GA, for Defendant–Appellant.

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Gerald Bernard Williams, appointed appellate counsel for Darren Cantrell Miller,

has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** Miller's motions for appointment of new counsel, withdrawal of guilty plea or, alternatively, an extraordinary motion for new trial and change of venue, information and privacy act request, and to proceed *in forma pauperis* are **DENIED** as moot, and his convictions and sentences are **AFFIRMED.**[1]

---

1. We decline to review on direct appeal Miller's claim of ineffective assistance of counsel.